IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD HOLLIHAN, JR.,                          )
                                                )
                              Petitioner,        )
                                                )
                    v.                           )        Civil Action No. 07-102J
                                                )        Judge Arthur J. Schwab
GERALD ROZUM, Superintendent; THE      )        Magistrate Judge Amy Reynolds Hay
DISTRICT ATTORNEY OF ALLEGHENY        )
COUNTY; and THE ATTORNEY               )
GENERAL OF THE STATE OF PENN-          )
SYLVANIA;                               )
                                                )
                              Respondents        )        Re: Dkt. [7]

**<u>MEMORANDUM ORDER</u>**

A report, Dkt. [3], was filed in this habeas case, recommending dismissal of the petition

because this court lacks subject matter jurisdiction given that the petition is second or successive.

After Petitioner filed objections, Dkt. [4], this Court adopted the report and recommendation.  Dkt. [5].

 Petitioner then filed a document entitled "Motion to Vacate . . . .", Dkt. [7],  which sought to have this

court vacate its earlier order that dismissed this habeas petition for lack of subject matter jurisdiction

and which sought to have this Court stay this case pending Petitioner's filing in the Court of Appeals

a motion, seeking permission to file a second or successive habeas petition.  The court will construe

this motion as a motion for reconsideration and as such, order that it be **DENIED**.  Even if the Court

of Appeals permits Petitioner to file a second or successive habeas petition, he may do so then, **after**

permission has been granted.  Accordingly, the order dismissing the petition was proper insofar as

Petitioner did not have, at the time of filing the instant petition, any permission to do so. Hence, there

is no legal ground for vacating the earlier order.

**SO ORDERED** this 16th day of July, 2007.


                                        s/Arthur J. Schwab
_____
                                        Arthur J. Schwab
                                        United States District Judge



cc:     Richard Hollihan, Jr.
        AJ-0676
        SCI Somerset
        1600 Walters Mill Road
        Somerset, PA 15510-0002